KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELODY HOLLAND-JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:14-CV-00913-GSA<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first 30-day extension of time to file Plaintiff's confidential memo.

　　　Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the confidential memo. The memo is currently due on December 31, 2014.  Plaintiff requests an 30 day extension of time to January 31, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated December 30, 2014:        /s/ Kelsey M Brown
                                KELSEY MACKENZIE BROWN CA #263109
                                Dellert Baird Law Offices, PLLC
                                PO Box 3757
                                Silverdale, WA 98383
                                (360) 329-6968
                                Attorney for Plaintiff

Dated December 31, 2014:        s/ KELSEY M. BROWN for Kevin Gill
                                KEVIN GILL
                                (per e-mail authorization of Assistant Regional Counsel April Alongi)
                                Special Assistant U.S. Attorney
                                Office of the General Counsel
                                Attorney for Defendant

## **ORDER**

Based on the parties' stipulation set forth above, the Court grants Plaintiff an extension of time of thirty (30) days to serve her confidential letter brief.  Accordingly, Plaintiff shall serve her confidential letter brief on or before January 30, 2015.[1]  The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

   Dated:   **January 4, 2015**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested that the deadline for Plaintiff to serve her letter brief be extended to January 31, 2015; however, the deadline for Plaintiff to serve her letter brief shall be January 30, 2015 because January 31st is a Saturday, and a 30-day extension re-sets the deadline to January 30, 2015 in any event,