KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| MELODY HOLLAND-JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 1:14-CV-00913-GSA<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an 30-day extension of time to file Plaintiff's opening brief.

   Counsel for the Plaintiff has been ill and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief.  Plaintiff requests an 30 day extension of time to May 8, 2015.

   The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1   MOTION
         [1:14-CV-00913-GSA]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

Dated April 8, 2015:     /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated April 8, 2015:     s/ KELSEY M. BROWN for Kevin Gill
KEVIN GILL
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on May 8, 2015. All other dates in the Court's Scheduling Order (ECF No. 6) are modified accordingly.

IT IS SO ORDERED.

Dated:  **April 29, 2015**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [1:14-CV-00913-GSA]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968