BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    Email: Elizabeth.Firer@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| MELODY HOLLAND-JOHNSON, | Civil No. 1:14-cv-00913 GSA |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| CAROLYN W. COLVIN, | **(ECF No. 21)** |
| Acting Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including July 8, 2015, in which to respond to Plaintiff's Motion for Summary Judgment.  This extension is being sought because the undersigned counsel for the Commissioner has experienced a substantial amount of unanticipated additional work between the time Plaintiff filed her brief and the current due date.  Counsel is one of two Senior Attorneys in the Acting Commissioner's Regional Office responsible for overseeing reviewing negative

1  district court orders for possible further action including post-judgment motions or affirmative
2  appeals. The work involves extremely tight deadlines, and post-judgment motions cannot be
3  extended. Between the time Plaintiff filed her brief and this date, the undersigned has had to or
4  will have to engage in this detailed analysis in eleven district court cases. This is an unusually
5  heavy increase in this particular work load and, in addition to counsel's other duties, has greatly
6  reduced the time she had set aside to brief this matter. Counsel thus respectfully requests an
7  additional 30 days to draft and file the Commissioner's brief.
8       The parties further stipulate that the Court's Scheduling Order shall be modified
9  accordingly, i.e., Plaintiff shall have 14 days from the Commissioner's new due date to file her
10 brief to file a reply.

11                                         Respectfully submitted,
12 Dated: June 5, 2015                     /s/Kelsey M. Brown
                                           (As authorized via email)
13                                         KELSEY MACKENZIE BROWN
14                                         Attorney for Plaintiff

15 Dated: June 5, 2014                     BENJAMIN B. WAGNER
16                                         United States Attorney
                                           DONNA CALVERT
17                                         Regional Chief Counsel, Region IX
18                                         Social Security Administration

19
20                                         /s/Elizabeth Firer
                                           ELIZABETH FIRER
21                                         Special Assistant United States Attorney

22                                         Attorneys for Defendant

**ORDER**

Based on the stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than July 8, 2015. Plaintiff may file her reply brief no later than July 23, 2015.

IT IS SO ORDERED.

Dated: __**June 9, 2015**__                    __/s/ Gary S. Austin__
                                                         UNITED STATES MAGISTRATE JUDGE